# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BEVERLY POWELL,                               )
                                              )
           Plaintiff(s),            )    Case No. 2:13-cv-1770-JAD-NJK
                                              )
vs.                                           )    ORDER DISCHARGING
                                              )    ORDER TO SHOW CAUSE
WAL-MART STORES, INC.,                        )
                                              )
           Defendant(s).            )
_____)

On November 15, 2013, the Court ordered the parties so show cause regarding their failure to timely file a proposed discovery plan. *See* Docket No. 9.  The Court has now received a settlement letter from the parties. *See, e.g.*, Docket No. 10.  As such, the order to show cause is hereby DISCHARGED.

      IT IS SO ORDERED.

      DATED: November 19, 2013

                              _____
                              NANCY J. KOPPE
                              United States Magistrate Judge