# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BEVERLY POWELL, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-1770-JAD-NJK |
| vs. | ) | ORDER DISCHARGING |
| WAL-MART STORES, INC., | ) | ORDER TO SHOW CAUSE |
| Defendant(s). | ) | |

On November 15, 2013, the Court ordered the parties so show cause regarding their failure to timely file a proposed discovery plan. *See* Docket No. 9. The Court has now received a settlement letter from the parties. *See, e.g.*, Docket No. 10. As such, the order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: November 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge